El Pueblo *v.* Acuña et al.

Apelación procedente de la Corte de Distrito de San Juan.

No. 343.—Resuelto en mayo 1, 1911.

Derecho Penal—Apelación—Pliego de Excepciones—Relación de Hechos—Errores Manifiestos.—No habiendo pliego de excepciones ni relación de hechos, ni apareciendo de los autos que se haya cometido error fundamental alguno que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

Id.—Sentencia Errónea—Sentencias Alternativas—Errores Corregibles.—Cuando de los autos consta que el único error es el de imponer una pena alternativa de multa o prisión, tal error es susceptible de corrección por esta corte, modificando la sentencia apelada en el sentido de fijar como principal el pago de la multa y en su defecto prisión.

Los hechos están expresados en la opinión.

Abogado de los apelantes: *Sr. Adrián Agosto.*

Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

Enrique Acuña y Francisco Santaella fueron acusados ante la Corte Municipal de San Juan por M. A. Walker, quien les imputó la comisión del siguiente hecho:

"Que en la noche del 9 de mayo de 1910, como a las ocho y quince p. m. y en el interior de Hotel Colonial, del Distrito Judicial Municipal de San Juan, dichos acusados maliciosa e ilegalmente y con intención de causarme daño, me acometieron y agredieron; el Acuña con un bastón y el Santaella con los puños, causándome varias contusiones."

El 18 de octubre de 1910, la Corte de Distrito de San Juan celebró la vista de la causa, declaró a los acusados culpables de un delito de acometimiento y agresión grave y los condenó "a sesenta dollars de multa o sesenta días de arresto cada uno."

Apelada dicha sentencia para ante este Tribunal Supremo, se celebró la vista el 25 de abril último, sin que comparecieran los apelantes. Estos tampoco presentaron alegato escrito en apoyo del recurso.

Hemos examinado la transcripción, que no contiene ni pliego de excepciones, ni relación de hechos, y no encontramos que se haya cometido error fundamental alguno. Sólo en la imposición de la pena se erró, al prescribirla en forma alternativa. Tal error es susceptible de corrección por esta corte, de acuerdo con lo resuelto en repetidos casos.

En tal virtud el recurso debe declararse sin lugar y confirmarse la sentencia apelada, pero modificándola en el sentido de fijar como principal el pago de la multa impuesta por el juez sentenciador, y, en defecto del pago, un día de cárcel por cada dollar que se dejare de satisfacer.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados MacLeary, Wolf y Aldrey.